CARRIE FREEMAN V. THE STATE.

No. 10115.  Delivered April 14, 1926.

**Aiding Prisoner to Escape—No Statement of Facts—No Bill of Exceptions.**

This record is without either a statement of facts or bill of exception, and no fundamental errors appearing, the cause is affirmed.

Appeal from the District Court of Caldwell County.  Tried below before the Hon. M. C. Jeffrey, Judge.

Appeal from a conviction for aiding a prisoner to escape, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for aiding a prisoner to escape from the county jail, punishment being assessed at confinement in the penitentiary for a term of two years.

The record contains neither statement of facts nor bills of exception.  In such condition nothing is presented to this court for review.

The judgment is affirmed.

*Affirmed.*